FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

James Andrews, on behalf of himself and all those similarly situated,

Plaintiff,

v.

Western Towing of Phoenix, an Arizona corporation, Dale Wineteer and Jane Doe Winteer, a married couple, Brad Ramsey and Jane Doe Ramsey, a married couple, Steve Bischop and Jane Doe Bischop, a married couple, Wesley Graff and Jane Doe Graff, a married couple, and David Pudgil and Jane Doe Pudgil, a married couple,

Defendants.

Case No. CV-26-00056-PHX-DJH

**NOTICE OF FILING FIRST AMENDED COLLECTIVE ACTION AND CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) and LRCiv 15.1(b), Plaintiff James Andrews, through his undersigned counsel, hereby provides notice of filing of his First Amended Collective Action and Class Action Complaint as a matter of course. Attached as Exhibit A to this notice is a copy of the First Amended Collective Action and Class Action Complaint indicating how it differs from the original complaint by striking through the text that was deleted and underlining the text that was added.

DATED: February 10, 2026.

**FRANKEL SYVERSON PLLC**
By *s/ Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*